**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | ) CHAPTER 13 PROCEEDINGS |
| Kenneth Williams | ) CASE NO. 18-14615 |
| | ) JUDGE, Hunt |
| DEBTOR(S) | ) TRUSTEE, Marshall |

## NOTICE OF MOTION

TO:  Marilyn O Marshall Trustee, 224 S Michigan Suite 800 Chicago, IL 60603
     See Attached List

PLEASE TAKE NOTICE THAT ON _3-11-19_ at _9:30 am_ I shall appear before the Honorable Judge Hunt or any judge sitting in his or her place and stead, in courtroom _719_ at 219 S. Dearborn Chicago, IL 60604 and shall then and there present the attached Motion.

## CERTIFICATION

I, the undersigned Attorney, certify that I served a copy of this notice and attached motion referred to herein by mailing a copy to each person to whom it is directed at the addresses indicated above and on any additional attached list of creditors, by depositing the same in the U.S. Mail depository at Lombard and Madison Avenue in Oak Park, Illinois on _2-13_, _2019_, with proper postage prepaid before 7:00 p.m.

By  _/s/ Bennie W. Fernandez_

Fernandez & Gray
Attorneys For Debtor(s),
108 W. Madison Street
(708) 386-1812

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-14615<br>Northern District of Illinois<br>Eastern Division<br>Wed Feb 13 10:23:18 CST 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | CITY OF CHICAGO<br>DEPT OF WATER<br>DEPT OF FINANCE-WATER BILLING<br>PO BOX 6330<br>CHICAGO, IL 60680-6330 |
| Caliber Home Loans, Inc<br>Attn: Cash Operations<br>Po Box 24330<br>Oklahoma City, OK 73124-0330 | Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 | Cisco, Inc.<br>1702 Townhurst Drive<br>Houston, TX 77043-2811 |
| Cisco, Inc.<br>P.O. Box 801088<br>Houston, TX 77280-1088 | Citibank Sears<br>Citicorp Credit Srvs/Centralized Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Cook County Collector<br>118 N. Clark Rm 112<br>Chicago, IL 60602-1332 |
| Cook County Treasurer's Office<br>118 N. Clark Rm 112<br>Chicago, IL 60602-1590 | Credence Resource Management LLC<br>P.O. Box 2268<br>Southgate, MI 48195-4268 | IL Dept of Healthcare & Family<br>Services<br>P.O. Box 19405<br>Springfield, IL 62794-9405 |
| IL Dept. of Healthcare & Family Ser<br>Division of Child Support Services<br>P.O. Box 19152<br>Springfield, IL 62794-9152 | Il Depat of Healthcare<br>509 S 6th Street<br>Springfield, IL 62701-1809 | Il Dept Of Healthcare<br>509 S 6th St<br>Springfield, IL 62701-1809 |
| Illinois Child Suppo<br>509 S 6th St<br>Springfield, IL 62701-1809 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 | Illinois Dept of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0291 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jesse Outlaw & Assoc<br>53 West Jackson - Ste 1232<br>Chicago, IL 60604-3628 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC<br>for MOMA Funding, LLC<br>P.O. Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Ralla & Associates<br>747 N. LaSalle Street - Suite 700<br>Chicago, IL 60654-5089 |
| Ralph Edgar<br>c/o William Zolla<br>4824 Hamilton<br>Chicago, IL 60625-1406 | Synchrony Bank/Care Credit<br>Po Box 965064<br>Orlando, FL 32896-5064 | Tijuana Williams<br>PO Box 281<br>Lansing IL 60438-0281 |
| Toni Williams<br>15960 Wausau<br>South Holland, IL 60473-1454 | US Bank<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 | eCast Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ 07193-5480 |

| | | |
|---|---|---|
| Glenda J. Gray<br>Fernandez & Gray<br>108 W. Madison - 2nd Floor<br>Oak Park, IL 60302-4251 | Kenneth Williams<br>114 E. Sibley Blvd.<br>Dolton, IL 60419-1639 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Illinois Department of Revenue<br>Bankruptcy Unit<br>PO BOX 19035<br>Springfield, IL 62794-9035 | Portfolio Recovery Associates, LLC<br>for Citibank<br>P.O. Box 41067<br>Norfolk, VA 23541 |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)City of Chicago Dept of Water<br>Dept of Finance-Water Billing<br>P.O. Box 6330<br>Chicago, IL 60680-6330 | (d)Illinois Dept. of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0291 | (u)Leisette Moore |
| (u)Tijuana Williams | (d)Tijuana Williams<br>PO Box 281<br>Lansing, IL 60438-0281 | End of Label Matrix<br>Mailable recipients    33<br>Bypassed recipients     5<br>Total                  38 |

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS- EASTERN DIVISION

In Re:

    Kenneth Williams            ) Case: 18-14615
                                                 )
                                                 ) Judge: Hunt
                                                 )
   Debtor,                                    ) Trustee: Marshall
                                                 )

### MOTION TO MODIFY THE CONFIRMED CHAPTER 13 PLAN OF AUGUST 20, 2018

      Now comes the Debtor, Kenneth Williams, by and through his attorney Bennie W. Fernandez on his motion to modify the confirmed chapter 13 plan of August 20, 2018 and in support thereof states as follows:

1. That the above captioned case is pending.

2. The Debtor is in default on her chapter 13 plan in the amount of $4,612.28.

3. The Debtors wish to amend section 2.1 of the confirmed chapter 13 plan to increase plan payments from $1,538.76 to $1,633.76.

4. That paying $1,633.76 per month for the remaining time in the plan will pay the allowed unsecured creditors and secured creditors as proposed under the confirmed plan of August 20, 2018.

WHEREFORE the debtor request that section 2.1 of the confirmed plan of August 20, 2018 be amended to increase the plan payment from $1,538.76 to $1,633.76 and defer the default to the end of the plan.

                                                                          /s/ Bennie W. Fernandez
                                                                            By Debtor Attorney

Bennie W. Fernandez
108 W. Madison Street
Oak Park, Illinois 60302
(708) 386-1812/